Jim RODGERS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 14, 1950.

Moore & Pittman for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, for opposed.

PER CURIAM.

Motion for appeal from a judgment of conviction for violation of local option law, imposing a fine of $60 and 60 days in jail. The motion is denied. Judgment affirmed.

George LAIR et al., Movant, v. C. P. DOUGLAS, Opposed.

Court of Appeals of Kentucky.

March 21, 1950.

Bruce H. Phillips for movant.

Bertram & Bertram opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Ray RAINS, Movant v. COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

March 24, 1950.

Bertram and Bertram and Bruce H. Phillips for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.